# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SN SERVICING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN BANCORP,<br><br>Defendant. | Case No.  14-cv-04978 NC<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE** |

The Court referred this matter to Magistrate Judge Howard R. Lloyd for a settlement conference, Dkt. No. 24. The parties must contact Patty Cromwell at 408.535.5365 by Friday, June 24, 2015 to schedule the settlement conference.

IT IS SO ORDERED.

DATED:   July 20, 2015

*[signature]*
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-04978 NC
ORDER